UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WYLENE D. WALKER,
    Plaintiff,

-vs-                                                        Case No. 6:07-cv-1647-Orl-18KRS

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Complaint seeking review of the final decision of the Commissioner of Social Security denying her claim for social security benefits. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED. The Court AFFIRMS the decision of the Commissioner and directs the Clerk to enter judgment in favor of the Commissioner and against Wylene D. Walker, and thereafter close the case.

It is SO ORDERED in Orlando, Florida, this 2 day of December, 2008.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge